UNITED DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

YVETTE ACON, )
)
    Plaintiff, )
)
vs. ) Case No. 4:07CV1266 AGF
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motions (Doc. #18 and Doc. #19) for an extension of time to file her brief in this case are **GRANTED**. Plaintiff shall have up to and including June 3, 2008, to file her brief. Copies of the Federal Rules of Civil Procedure are available for public use at the Pro Se Resource Center adjacent to the Clerk's Office on the third floor of the federal Courthouse.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated on this 14th day of May, 2008